UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20075-CR-ALTONAGA

**UNITED STATES OF AMERICA**

v.

**GABRIEL DONATO-MENDEZ,**

    **Defendant.**
_____/

**UNITED STATES OF AMERICA'S FED. R. EVID. 902(11)
<u>NOTICE OF INTENT TO OFFER CERTIFIED BUSINESS RECORDS</u>**

The United States of America hereby provides written notice, pursuant to Federal Rule of Evidence 902(11), that it may seek to offer into evidence the certified business records of Apple. These records were produced previously in discovery on October 30, 2024, along with a certification from a qualified representative.

                                              Respectfully submitted,

                                              MARKENZY LAPOINTE
                                              UNITED STATES ATTORNEY

                          By:    */s/ Daniel Rosenfeld*
                                  Daniel Rosenfeld
                                  Assistant United States Attorney
                                  Court ID No. A5503081
                                  99 Northeast 4th Street
                                  Miami, Florida 33132-2111
                                  Tel: (305) 961-9268
                                  Email: Daniel.Rosenfeld@usdoj.gov